United States Bankruptcy Court
Western District of Michigan

In re:
Connie K Horton
Debtor

Case No. 12-00960-swd
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0646-1 User: chamberk Page 1 of 4 Date Rcvd: Feb 05, 2013
Form ID: NPD Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2013.

db +Connie K Horton, 00320 3850th, Bloomingdale, MI 49026-8760
ust +Andy Vara, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865
cr +Capital One, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083
cr +Nissan Motor Acceptance Corporation, PO BOX 660366, Dallas, TX 75266-0366
6603267 +Allied Interstate, For:HSBC, 3000 Corporate Exchange Drive, Columbus, OH 43231-7689
6603270 +Bank of America, 450 American Street #SV416, Simi Valley, CA 93065-6285
6603272 +Barclay's Bank, Account No.: 0421, PO Box 8803, Wilmington, DE 19899-8803
6603288 +Clerk of the Court, 7th District Court, PO Box 311, South Haven, MI 49090-0311
6603289 +Cortez Jenkins & Blair, For: Citibank, PO Box 532110, Livonia, MI 48153-2110
6603291 +Donald Dennis Sprague, 6280 Gleason Road, Saugatuck, MI 49453-9737
6603298 +HSBC/Sears Solutions, Account No.: 4120, PO Box 49352, San Jose, CA 95161-9352
6603300 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Service, PO Box 32500, Stop 15, Detroit, MI 48232)
6603302 +JC Christensen & Associates, For: HSBC, PO Box 519, Sauk Rapids, MN 56379-0519
6603303 +Jonathan A. VanGemert, For: LVNV Funding, 2155 Butterfield Drive #200, Troy, MI 48084-3463
6929226 +Kelly L. Page, Esq., Gary A. Stewart, Esq., 203 S. Niles Street, Paw Paw, MI 49079-1537
6603305 +Lynn Sprague, 00320 38 1/2 Street, Bloomingdale, MI 49026-8760
6603312 +Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360
6603313 +Northland Group, Inc., For: HSBC, PO Box 390846, Minneapolis, MN 55439-0846
6603315 +Portfolio Recovery Associates, Inc., For: HSBC, PO Box 1259, Oaks, PA 19456-1259
6603318 +Shell, Account No.: 4004, PO Box 6406, Sioux Falls, SD 57117-6406
6603319 +Shell, Account No.: 8121, PO Box 6406, Sioux Falls, SD 57117-6406
6603320 +Shermeta Adams & VonAllmen PC, PO Box 5016, Rochester, MI 48308-5016
6603321 +State of Michigan, Department of Treasury, PO Box 30199, Lansing, MI 48909-7699
6603322 Takhar Collection Services Ltd., For: BMO Financial, 537-1623 Military Road, Niagara Falls, NY 14304
6929225 +William and Wanda Miller, 203 E. Kalamazoo, Bloomingdale, MI 49026-8767
6603325 +Zwicker & Associates PC, For: American Express, 320 E. Big Beaver Rd #100, Troy, MI 48083-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

ust +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 05 2013 23:32:47 Daniel J. Casamatta, Assistant U.S. Trustee, Office of the U.S. Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865
ust +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 05 2013 23:32:47 Daniel M. McDermott, Office of the United States Trustee, Michigan/Ohio Region 9, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2837
ust +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 05 2013 23:32:47 David W. Asbach, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865
ust +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 05 2013 23:32:47 Dean E. Rietberg, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865
ust +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 05 2013 23:32:47 Habbo G. Fokkena, Office of the United States Trustee, Michigan/Ohio Region 9, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2837
ust +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 05 2013 23:32:47 Matthew T. Cronin, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865
ust +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 05 2013 23:32:47 Michael V. Maggio, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865
ust +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 05 2013 23:32:47 Michelle M. Wilson, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865
ust +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 05 2013 23:32:47 Office of the U.S. Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865
6603269 +EDI: ARSN.COM Feb 05 2013 22:18:00 ARS National Services, Inc., For: Citibank, PO Box 463023, Escondido, CA 92046-3023
6603268 +EDI: AMEREXPR.COM Feb 05 2013 22:18:00 American Express, Account No.: 0833, PO Box 981535, El Paso, TX 79998-1535
6620957 +EDI: ATLASACQU.COM Feb 05 2013 22:18:00 Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303
6603271 +EDI: BANKAMER2.COM Feb 05 2013 22:18:00 Bank of America, 475 Cross Point Pkwy, PO Box 9000, Getzville NY 14068-9000
6603273 +E-mail/Text: cms-bk@cms-collect.com Feb 05 2013 23:35:50 Capital Management Services, LP, For: Shell Consumer, 726 Exchange Street #700, Buffalo, NY 14210-1464
6603274 +EDI: CAPITALONE.COM Feb 05 2013 22:18:00 Capital One, Account No.: 2653, PO Box 30281, Salt Lake City, UT 84130-0281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

6603276 +EDI: CAPITALONE.COM Feb 05 2013 22:18:00 Capital One, Account No.: 9126, PO Box 26074, Richmond, VA 23260-6074
6603275 +EDI: CAPITALONE.COM Feb 05 2013 22:18:00 Capital One, Account No.: 6352, PO Box 26074, Richmond, VA 23260-6074
6603277 +EDI: CHASE.COM Feb 05 2013 22:18:00 Chase Bank, Account No.: 2434, PO Box 15298, Wilmington, DE 19850-5298
6603278 +EDI: CHASE.COM Feb 05 2013 22:18:00 Chase Bank, Account No.: 9437, PO Box 15298, Wilmington, DE 19850-5298
6603279 +EDI: CHASE.COM Feb 05 2013 22:18:00 Chase/BP, Account No.: 0738, PO Box 15298, Wilmington, DE 19850-5298
6603280 +E-mail/Text: harmony.burnett@ChemicalBankMI.com Feb 05 2013 23:36:29 Chemical Bank, 213 Center Ave., Bay City, MI 48708-5683
6603281 +EDI: CITICORP.COM Feb 05 2013 22:18:00 Citi Cards, Account No.: 0259, PO Box 6500, Sioux Falls, SD 57117-6500
6603282 +EDI: CITICORP.COM Feb 05 2013 22:18:00 Citi Cards, Account No.: 4870, PO Box 6077, Sioux Falls, SD 57117-6077
6603283 +EDI: CITICORP.COM Feb 05 2013 22:18:00 Citibank, Account No.: 0549, PO Box 6241, Sioux Falls, SD 57117-6241
6603284 +EDI: CITICORP.COM Feb 05 2013 22:18:00 Citibank, Account No.: 5014, PO Box 6500, Sioux Falls, SD 57117-6500
6603285 +EDI: CITICORP.COM Feb 05 2013 22:18:00 Citibank, Account No.: 9963, PO Box 6497, Sioux Falls, SD 57117-6497
6603286 +EDI: CITICORP.COM Feb 05 2013 22:18:00 Citibank/Citgo, Account No.: 4329, PO Box 6497, Sioux Falls, SD 57117-6497
6603287 +EDI: CITICORP.COM Feb 05 2013 22:18:00 Citibank/Shell, Account No.: 1732, PO Box 6497, Sioux Falls, SD 57117-6497
6603290 EDI: DISCOVER.COM Feb 05 2013 22:18:00 Discover, Account No.: 1487, PO Box 15316, Wilmington, DE 19850
6603292 +E-mail/Text: BKNOTICES@EAFLLC.COM Feb 05 2013 23:35:16 Equitable Ascent Financial, For: GE Capital, 1120 W. Lake Cook Road, Buffalo Grove, IL 60089-1970
6603293 +EDI: CITICORP.COM Feb 05 2013 22:18:00 Exxon, Account No.: 0783, PO Box 6530, The Lakes, NV 88901-0001
6603294 +EDI: RMSC.COM Feb 05 2013 22:18:00 GE Capital, Account No.: 2031, PO Box 981439, El Paso, TX 79998-1439
6603295 +EDI: RMSC.COM Feb 05 2013 22:18:00 GEMB/Pearl Vision, Account No.: 0086, PO Box 981439, El Paso, TX 79998-1439
6603297 +EDI: HFC.COM Feb 05 2013 22:18:00 HSBC, Account No.: 0052, PO Box 5253, Carol Stream, IL 60197-5253
6603296 +EDI: CITICORP.COM Feb 05 2013 22:18:00 Home Depot Credit Services, Account No.: 9968, PO Box 6497, Sioux Falls, SD 57117-6497
6603301 EDI: IRS.COM Feb 05 2013 22:18:00 Internal Revenue Service, Special Procedures, Stop 93, 3251 North Evergreen Drive NE, Grand Rapids, MI 49525
6603299 +EDI: IRS.COM Feb 05 2013 22:18:00 Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346
6603304 +EDI: RESURGENT.COM Feb 05 2013 22:18:00 LVNV Funding, For: Chase, PO Box 10497, Greenville, SC 29603-0497
6603306 +EDI: TSYS2.COM Feb 05 2013 22:18:00 Macy’s, Account No.: 4179, PO Box 8053, Mason, OH 45040-8053
6603307 +EDI: RMSC.COM Feb 05 2013 22:18:00 Meijer, Account No.: 7631, PO Box 965005, Orlando, FL 32896-5005
6603308 +EDI: RMSC.COM Feb 05 2013 22:18:00 Menards, 5101 Menard Dr, Eau Claire WI 54703-9604
6603309 +E-mail/Text: rayr1@michigan.gov Feb 05 2013 23:36:57 Michigan Department of Treasury, Collection/Bankruptcy Division, PO Box 30168, Lansing, MI 48909-7668
6603310 +EDI: MID8.COM Feb 05 2013 22:18:00 Midland Credit Management, Inc., For: Citibank, PO Box 603, Oaks, PA 19456-0603
6603311 +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 05 2013 23:36:50 NCO Financial Systems, Inc., For: CitiBank, PO Box 15630, Wilmington, DE 19850-5630
6603314 +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Feb 05 2013 23:32:47 Office of the U.S. Trustee, 125 Ottawa NW, Suite 200R, The Ledyard Building, 2nd Floor, Grand Rapids, MI 49503-2865
6603316 +EDI: SEARS.COM Feb 05 2013 22:18:00 Sears, Account No.: 2515, PO Box 6241, Sioux Falls, SD 57117-6241
6603317 +EDI: SEARS.COM Feb 05 2013 22:18:00 Sears, Account No.: 9226, PO Box 6241, Sioux Falls, SD 57117-6241
6603323 +EDI: WFNNB.COM Feb 05 2013 22:18:00 WFNNB - Woman Within, Account No.: 1888, PO Box 182125, Columbus, OH 43218-2125
6603324 +EDI: HFC.COM Feb 05 2013 22:18:00 Younkers, Account No.: 0207, PO Box 15521, Wilmington, DE 19850-5521

TOTAL: 49

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr* +Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303

TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2013 at the address(es) listed below:

Patti H. Bass on behalf of Creditor Capital One, N.A. ecf@bass-associates.com
Steven L. Rayman on behalf of Debtor Connie Horton courtmail@raymanstone.com
Thomas C. Richardson bankruptcy@lewisreedallen.com, mi36@ecfcbis.com

TOTAL: 3

Form NPD (05/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Connie K Horton**<br>00320 3850th<br>Bloomingdale, MI 49026<br>SSN: xxx−xx−1260<br><br>**Debtor(s)** | **Case Number 12−00960−swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |
|---|---|

## NOTICE OF POSSIBLE DIVIDEND TO CREDITORS

Notice of insufficient assets to pay creditors was given to creditors in the notice of the section 341 Meeting of Creditors. Creditors were asked not to file a proof of claim at that time. It now appears that there may be some monies available for the payment of a dividend to creditors. It is therefore requested that a notice be sent to all creditors setting a deadline for filing proofs of claim.

## NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM

All parties are hereby notified that it now appears that there may be sufficient monies in this estate for payment of a dividend to creditors. In order to share in this distribution, a creditor **must file a proof of claim** whether or not the creditor is included in the list of creditors filed by the debtor. Claims must be filed with the clerk of the bankruptcy court **within 90 days** of the date of service. Claims which are not filed within 90 days will not be allowed, except as otherwise provided by law. Governmental entities should review 11 U.S.C. 502(b)(9). A proof of claim form (Official Form B10) can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office. Please electronically file your proof of claim or mail to:

U.S. Bankruptcy Court
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

Creditors who have already filed claims do **not** need to file another claim unless they intend to amend the claim now on file. Please note that claims **must arrive** at the court within the 90 days indicated above. It is not sufficient that the envelope be postmarked within that time period, and the court will not accept filings by fax.

Date:
February 5, 2013

*Daniel M. McDermott*
United States Trustee
By: *Matthew T. Cronin*
Assistant U.S. Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503